

File No. 5037039-0001

BRIAN ZIMMERMAN
DIRECT DIAL: 713-212-2651
bzimmerman@spencerfane.com

*Board Certified Civil Trial Law
Texas Board of Legal Specialization*

June 23, 2021

District Judge Jane J. Boyle
1100 Commerce Street, Room 1520
Dallas, Texas 75242-1003

**Re:** Case No. 3:20-cv-2501-B; CyberX Group, LLC and David Lindsey v. Christopher Pearson, CyberX, LLC, Troy Van Zile, Pearson Holdings, Inc., Operation 29, LLC, Landon Jordan, Graford Business Management, LLC and VZLivin, LLC; In the United States District Court for the Northern District of Texas.

Your Honor,

In compliance with your electronic order dated June 10, 2021, I am notifying you that the parties settled this matter at mediation. We have a short form mediator's agreement, but are preparing more formal settlement documents for execution by parties.

Sincerely,

*/s/ Brian W. Zimmerman*

Brian W. Zimmerman

Cc:

| | |
|---|---|
| Matthew C. Acosta<br>macosta@pcrfirm.com<br>Andrew E. Lin<br>alin@pcrfirm.com<br>Frank Hill<br>fhill@pcrfirm.com<br>Hillary Kramer Lynch<br>hlynch@pcrfirm.com<br>PLATT CHEEMA RICHMOND PLLC<br>1201 N. Riverfront Blvd., Suite 150<br>Dallas, Texas 75207 | John G. Browning<br>SPENCER FANE LLP<br>5700 Granite Parkway, Suite 650<br>Plano, TX 75024<br>Email: jbrowning@spencerfane.com |